**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **James D. Scott, #269988,** | ) | **C/A No.: 0:26-cv-04079-SAC-PJG** |
| **Plaintiff,** | ) | |
| **vs.** | ) | **ATTESTATION OF COUNSEL** |
| **South Carolina Department of Corrections, John Palmer, Warden of McCormick Correctional Institution, Joel E. Anderson, Director of South Carolina Department of Corrections** | ) | |
| **Defendants.** | ) | |

I represent the Defendants in the above case. I hereby attest that I have provided a copy of the June 12, 2026 Order of the Honorable Timothy M. Cain to my clients. I have advised my clients that the parties can consent to refer the case to a United States Magistrate Judge for disposition of all proceedings, including trial and entry of final judgment.

McDONALD PATRICK POSTON HEMPHILL &ROPER, LLC

By: *s/Steven M. Pruitt*

Steven M. Pruitt, Federal ID No. 6083
414 Main Street (29646)
Post Office Box 1547
Greenwood, South Carolina 29648
864-388-1014 spruitt@mcdonaldpatrick.com
**ATTORNEYS FOR THE DEFENDANTS**

September 17, 2026
Greenwood, South Carolina